# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 543 |
| | : | |
| REAPPOINTMENT TO THE MINOR | : | MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2024, Deborah R. Gross, Esquire, Philadelphia, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2024.